**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| ANTONELLO BOLDRINI, | : No. 225 MAL 2015 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| JAMES R. BRUNO, M.D., PITTSTON | : |
| MEDICAL ASSOCIATES AND DAVID W. | : |
| GREENWALD, M.D., MEDICAL | : |
| ONCOLOGY ASSOCIATES, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of July, 2015, the Petition for Allowance of Appeal is

**DENIED**.